# STULL, STULL & BRODY
## COUNSELORS AT LAW

| | |
|---|---|
| 10940 WILSHIRE BLVD.<br>23RD FLOOR<br>LOS ANGELES, CA 90024<br>(310) 209-2468<br>TELECOPIER: (310) 209-2087 | 6 EAST 45TH STREET<br>NEW YORK, NY 10017<br>(212) 687-7230<br>TELECOPIER: (212) 490-2022 |

April 14, 2011

The Honorable William E. Smith
United States District Court for the District of
Rhode Island
One Exchange Terrace
Providence, RI 02903

      Re:    *Isabel S. Cohen, et al. v. Rhode Island Turnpike and Bridge Authority*
             C.A. No. 09-153S

Dear Judge Smith:

      Plaintiff Isabel S. Cohen submits this letter in response to the Court's invitation to provide a letter brief on why the Class Action Fairness Act of 2005 ("CAFA") does not apply to the above entitled matter.

      This Court did not have original jurisdiction over this matter under CAFA. For this Court to acquire jurisdiction under CAFA, "the matter in controversy" must exceed "the sum or value of $5,000,000, exclusive of interest and costs[.]"  28 USCS § 1332(d)(2).  As the complaint does not contain specific damage allegations, the defendant must show a reasonable probability that the amount in controversy exceeds $5 million.  *Amoche v. Guar. Trust Life Ins. Co.*, 556 F.3d 41, 43 (1st Cir. 2009).  In the present case, defendant has provided no evidence to this Court showing a reasonable probability that the matter in controversy exceeds $5,000,000.  Thus, this Court does not have jurisdiction over this matter under CAFA.

                                                              Respectfully submitted,

                                                                /s/ Timothy J. Burke
                                                              Timothy J. Burke
                                                               Counsel for Plaintiff

/tjb

Z:\STULL\RITBA\COR\Judge Smith 001.wpd

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 14, 2011, I caused this document to be filed with the Court via the Court's CM/ECF system and, therefore, such document was made available for viewing by the parties below:

Stephen R. White
steve@srwesq.com
LAW OFFICES OF STEPHEN R. WHITE
200 Centerville Road, Suite One
Warwick, RI 02886

William E. O'Gara
wogara@pldwlaw.com
Bernard A. Jackvony
bjackvony@pldwlaw.com
Thomas R. Gonnella
tgonnella@pldwlaw.com, ksilva@pldwlaw.com
PANNONE LOPES DEVEREAUX & WEST LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908

Timothy J. Burke
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024

                /s/ Timothy J. Burke
                Timothy J. Burke